IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CASE NO. 5:23-CV-179-KDB-DCK

| | |
|---|---|
| ALANA MARIE SOUZA, a/k/a ALANA CAMPOS, et al., | ) ) ) |
| **Plaintiffs,** | ) ) |
| v. | ) **ORDER** ) |
| CD OF CATAWBA COUNTY, LLC, d/b/a LA RUMBA DE CACHE, and ALFANSO GIOVANNY MEMBRENO, | ) ) ) ) |
| **Defendants**. | ) ) ) |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 3) filed by Matthew R. Gambale, concerning John V. Golaszewski, on November 7, 2023. John V. Golaszewski seeks to appear as counsel *pro hac vice* for Plaintiffs. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 3) is **GRANTED**. John V. Golaszewski is hereby admitted *pro hac vice* to represent Plaintiffs.

**SO ORDERED**.

Signed: November 7, 2023

David C. Keesler
United States Magistrate Judge